| | | |
|---|---|---|
| People ex rel. Crawford v Warden of Vernon C. Bain Ctr. | 1st Dept: 150 AD3d 488 | denied |
| Pittsford Canalside Props., LLC, Matter of, v Village of Pittsford | Sup Ct, Monroe County, 3/20/17 (137 AD3d 1566) | denied |
| State of New York, Matter of, v Keith F. | 1st Dept: 149 AD3d 671 | denied* |
| Stein v Reisner | 1st Dept: 145 AD3d 499 | denied |
| Tauscher Cronacher PE PC, Matter of (Commissioner of Labor) | 3d Dept: 148 AD3d 1491 | denied |
| Wallace v M&C Hotel Interests, Inc. | 4th Dept: 150 AD3d 1652 | denied |
| West St. Props., LLC v American States Ins. Co. | 2d Dept: 150 AD3d 792 | denied |

### Decided September 5, 2017

| | | |
|---|---|---|
| Aliyah B., Matter of, v Taliby K. | 1st Dept: 149 AD3d 667 | denied |
| Christian C.-B., Matter of (Christopher V.B.—Renee E.C.) | 4th Dept: 148 AD3d 1775 | denied* |
| Danyel J., Matter of (Leeann K.-G.) | 4th Dept: 149 AD3d 1611 | denied |
| Darnel J.P., Matter of, v Lianna Y.D. | 1st Dept: 150 AD3d 406 | denied |
| Ferrara v Peaches Café LLC | 4th Dept: 138 AD3d 1391 | granted |
| Joseph M., Jr., Matter of (Joseph M., Sr.) | 4th Dept: 150 AD3d 1647 | denied |
| New Greenwich Litig. Trustee, LLC v Citco Fund Servs. (Europe) B.V. | 1st Dept: 145 AD3d 16 | denied |
| Oliver A., Matter of, v Diana Pina B. | 1st Dept: 151 AD3d 485 | denied* |
| Olivia S., Matter of (Dawn S.) | 4th Dept: 149 AD3d 1566 | denied* |
| People ex rel. Haddock v Dolce | 4th Dept: 149 AD3d 1593 | denied* |
| Sydney A.B., Matter of (Felicia M.) | 1st Dept: 151 AD3d 533 | denied |
| Thompson, Matter of, v Vance | 1st Dept: 149 AD3d 406 | denied |

### Decided September 12, 2017

| | | |
|---|---|---|
| Dawn M., Matter of (Michael M.—Brendi M.) | 3d Dept: 151 AD3d 1489 | denied* |

---

\* Motion for poor person relief dismissed as academic or denied.